UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

BRIDGETTE LENHARDT,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

CIVIL ACTION NO. 3:20-cv-01656

(SAPORITO, M.J.)

## ORDER

AND NOW, this 28th day of March, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Commissioner's administrative decision denying the plaintiff's claims for disability insurance benefits is **AFFIRMED**;

2. The Clerk is directed to enter **JUDGMENT** in favor of the Commissioner and against the plaintiff; and

3. The Clerk is directed to mark this case as **CLOSED**.

                                                 */s/ Joseph F. Saporito, Jr.*
                                                 JOSEPH F. SAPORITO, JR.
                                                 United States Magistrate Judge